U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 22, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2023
```

**MEMO ENDORSED**

<u>VIA ECF</u>
Hon. Valerie Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  *Camara Ferro v. Mayorkas, et al.,* No. 22 Civ. 10653 (VEC)

Dear Judge Caproni:

      This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Petition for Alien Entrepreneur (Form I-526). I write respectfully in response to the Court's December 21, 2022 order scheduling the Initial Pretrial Conference ("IPTC") for March 3, 2023. ECF No. 18. I respectfully request that the IPTC be adjourned to the week of March 27, 2023, or thereafter (with a corresponding extension of time for the preconference submission).

      I respectfully request this adjournment because both the government and plaintiff's counsel have prescheduled leave that extends through March 20, 2023. Furthermore, the government needs additional time to review the petition, confer with USCIS, and determine next steps. This is the government's first request for an adjournment. The plaintiff consents to this request.

      I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    *s/ Nancy Pham*
NANCY D. PHAM
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (202) 305-8062
E-mail: nancy.pham3@usdoj.gov
*Attorney for Defendants*

cc:  Counsel of record (via ECF)

---

Application GRANTED.  The IPTC is adjourned until **Friday, March 31, 2023, at 10 AM** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pre-conference submissions, as described at Dkt. 18, are due on **March 23, 2023**.

SO ORDERED.

*[signature]*   02/22/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE